In the Matter of MATTHEW SEARLES, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

JEAN D. MURNANE, Appellant, v. CHARLES J. MURNANE, Respondent.

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.